AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BERNARD MIMS,

    Plaintiff,

v.

CHICAGO POLICE OFFICERS KENNETH BOUDREAU, #20435, RICHARD PECK, ROBERT MONTGOMERY, DANIEL MCNALLY, #21135, TED PRZEPIORA, #20151, MICHAEL MCDERMOTT, #20364, RAYMOND KAMINSKI, #20822, JEAN ROMIC, #20333, JOHN CLISHAM, #20600, and THE CITY OF CHICAGO,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:17-cv-07780

ASSIGNED JUDGE: Charles R. Norgle

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

Off Kenneth Boudreau, #20435
C/O Chicago Police Department / Office of Legal Affairs
3510 South Michigan Avenue
Chicago, Illinois 60619

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
1901 Butterfield Road, Suite #650
Downers Grove, Illinois 60515

an answer to the complaint which is herewith served upon you, \_\_\_\_\_21\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



October 30, 2017

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>December 11, 2017 |
| NAME OF SERVER *(PRINT)*<br>Kevin M. Read | TITLE<br>Special Process |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:    Served Kenneth Boudreau, Star #20435

at his residential address of 17340 Brook Crossing, Orland Park, IL, 60467

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL<br>N/A |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 12, 2017     *Signature of Server*
           Date

E.R. Kirby & Associates, 909 route 83, Unit 103, Elmhurst, IL 60126
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.