# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BERNARD MIMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-7780 |
| ) | |
| CHICAGO POLICE OFFICERS KENNETH ) | Honorable Judge Charles R. |
| BOUDREAU, #20435, RICHARD PECK, ) | Norgle, Sr., Presiding |
| ROBERT MONTGOMERY, DANIEL MCNALLY, ) | |
| #21135, TED PRZEPIORA, #20151, MICHAEL ) | |
| MCDERMOTT, #20364, RAYMOND KAMINSKI, ) | |
| #20822, JEAN ROMIC, #20333, JOHN CLISHAM, ) | |
| #20600, and THE CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS**

Now comes Plaintiff, Bernard Mims, by and through his attorneys, Kathleen T. Zellner & Associates, P.C., and pursuant to FRCP 41(a)(2), hereby moves this Court to dismiss all Defendants without prejudice, with Plaintiff's right to re-file the lawsuit within one year of the dismissal pursuant to 735 ILCS 5/13-217 expressly reserved. All Defendants who have appeared have been informed of this motion, and have no objection thereto.

Dated: March 16, 2018    Respectfully submitted,

/s/ Kathleen T. Zellner
Kathleen T. Zellner
Attorney for Plaintiff
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road, Suite 650
Downers Grove, Illinois 60515
Phone: 630-955-1212
Fax: 630-955-1111
Email: kathleen.zellner@gmail.com

1