Case No. 17 CV 7780

March 20 2018

Dear Honorable Judge Charles R. Norgle Sr.,

I Bernard Mims, Object to Attorney, Kathleen T Zellner Motion to Voluntarily Dismiss Her Self Off My Case. Leaving Plaintiff Blind With No Counsel. Because I Pick up An Narcotics Charge;

**FILED**
APR 13 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sincerely
Bernard Mims



Bernard Mims
Booking No. L0726
Douglas County Jail
1310 N. 14th Street
Superior, WI 54880

DOUGLAS COUNTY JAIL
1310 N. 14th Street
Superior, WI 54880

Clerk, Office, Judge Charles N. Norgle
327 South Church Street
Rockford IL, 61101

In The United States District
Court Northern District of IL,

